United States Bankruptcy Court

Central District of California

In re:  Case No. 22-13990-WJ

Sona Chandula Patel  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 3

Date Rcvd: May 31, 2023　　　　　　　　　　Form ID: 318a　　　　　　　　　　　Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sona Chandula Patel, 6847 Stern Ct, Mira Loma, CA 91752-4341 |
| acc | + | Grobstein Teeple LLP, Grobstein Teeple LLP, 23832 Rockfield Blvd suite 245, Lake Forest, CA 92630-2884 |
| 41321696 | + | Davinci Virtual LLC, 2150 South 1300 East Suite 200, Salt Lake City, UT 84106-4335 |
| 41321698 | + | Dillon Miller Ahuja & Boss, LLP, 5872 Owens Ave Suite 200, Carlsbad, CA 92008-5518 |
| 41321699 | + | Disaster Protech Inc, 7029 Marcelle Street, Paramount, CA 90723-4838 |
| 41321700 | + | Drain Aid Plumbing, c/o Richard Michael O'Brien, 3795 Canyon Terrace Dr.,, San Bernardino, CA 92407-4167 |
| 41321701 | + | Duringer Law Group, PLC, 181 S Old Springs Rd, First floor, Anaheim, CA 92808-1247 |
| 41321703 | + | Farmer's Insurance, How Wai Au, 816 W. San Bernardino Rd, Covina, CA 91722-3622 |
| 41321706 | + | Gotopremiumfinance.com, P.O. Box 4312, Woodland Hills, CA 91365-4312 |
| 41451012 | + | Homes and Houses Utah, LLC, Law Offices of Richard A. Kolber, 269 S. Beverly Drive, Suite 960, Beverly Hills, CA 90212-3851 |
| 41321709 | + | Karyanne Weiss, 11620 Wilshire Blvd, Ste 800, Los Angeles, CA 90025-6806 |
| 41321710 | + | LADWP, P.O. Box 51111, Los Angeles, CA 90051-5700 |
| 41321711 | + | Leafly, 333 Elliott Ave W. Ste. 200, Seattle, WA 98119-4113 |
| 41321717 | + | MVP Realty SoCal, 13782 Bear Valley Rd., #D3-304, Victorville, CA 92392-8318 |
| 41321714 | | MedStar Health Inc, PO BOX 411019, Boston, MA 02241-1019 |
| 41321716 | + | Mona Patel, 11933 Sagemont Dr.,, Rancho Cucamonga, CA 91739-2570 |
| 41321719 | + | Now Law Firm, APLC, 4766 Park Granada, Suite 106, Calabasas, CA 91302-3384 |
| 41321720 | + | Outfront, Ali Wald Account Executive, 1731 Workman St, Los Angeles, CA 90031-3334 |
| 41321723 | + | Richard A Kolber, Esq, 269 S. Beverly Drive, Suite 960, Beverly Hills, CA 90212-3851 |
| 41321724 | + | Rooted Group Accounting Department, 237 Kearny Street #9132, San Francisco, CA 94108-4502 |
| 41321725 | + | Safora Nowrouzi, Esq., 3680 Wilshire Blvd, #p04-1078, Los Angeles, CA 90010-2707 |
| 41321726 | + | San Bernardino County Tax Collector, SBC Tax Collector, 268 W. Hospitality Lane, 1st Floor, San Bernardino, CA 92415-0900 |
| 41321727 | + | So Cal Gas, PO Box C, Monterey Park, CA 91754-0932 |
| 41361089 | + | SoCalGas, PO Box 30337, Los Angeles CA 90030-0337 |
| 41321729 | + | TERESA P ROBERTS, 12998 GRINNELL CT, Victorville, CA 92392-7231 |
| 41321728 | + | Teresa P Roberts, c/o MVP Realty Socal, 13782 Bear Valley Rd., D3, # 304, Victorville, CA 92392-8318 |
| 41330771 | + | Teresa Roberts, 12998 Grinnell Court, Victorville, CA 92392-7231 |
| 41321732 | + | Yukata Enterprises Inc., c/o TSUN-I HAROLD WANG, 21075 AVENIDA DE ARBOLES, Murrieta, CA 92562-9241 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BHBGROBSTEIN.COM | Jun 01 2023 05:09:00 | Howard B Grobstein (TR), Grobstein Teeple, LLP, 9363 Magnolia Avenue, Riverside, CA 92503-3747 |
| smg | EDI: EDD.COM | Jun 01 2023 05:09:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41321692 | + EDI: TSYS2 | Jun 01 2023 05:09:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: 318a | Total Noticed: 48 |

| Recip ID | | Notice Type | Sent Date/Time | Name and Address |
|---|---|---|---|---|
| 41321693 | + | EDI: CAPITALONE.COM | Jun 01 2023 05:09:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 41377972 | | EDI: CAPITALONE.COM | Jun 01 2023 05:09:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41321694 | + | EDI: CITICORP.COM | Jun 01 2023 05:09:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 41321695 | + | Email/Text: bankruptcies@unitedlegalgroup.com | Jun 01 2023 01:19:00 | Credit Collection Bure, 495 E Rincon St Ste 209, Corona, CA 92879-1379 |
| 41321697 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Jun 01 2023 01:18:00 | Department of Treasury, Financial Mangement Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 41321702 | ^ | MEBN | Jun 01 2023 01:15:12 | Eastern Account System, 111 Park Ridge Road, Brookfield, CT 06804-3981 |
| 41321704 | + | EDI: AMINFOFP.COM | Jun 01 2023 05:09:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 41321705 | | EDI: CALTAX.COM | Jun 01 2023 05:09:00 | Franchise Tax Board, Bankruptcy Section, MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41321707 | | EDI: IRS.COM | Jun 01 2023 05:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41321713 | | Email/Text: bankruptcy@ttc.lacounty.gov | Jun 01 2023 01:18:00 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, PO BOX 54110, LOS ANGELES, CA 90054-0110 |
| 41321712 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 01 2023 01:18:00 | LoanCare. LLC, Attn: Consumer Solutions Dept, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41321715 | + | EDI: MERCEDES | Jun 01 2023 05:09:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 41321718 | + | EDI: NAVIENTFKASMSERV.COM | Jun 01 2023 05:09:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 41369253 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 01 2023 01:18:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 41321722 | + | EDI: PRA.COM | Jun 01 2023 05:09:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41321721 | + | Email/PDF: ebnotices@pnmac.com | Jun 01 2023 01:25:17 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 41321731 | + | EDI: WFFC2 | Jun 01 2023 05:09:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Courtesy NEF |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41321708 | ##+ | Julia Ontiveros, PO Box 181, Lawndale, CA 90260-0181 |
| 41321730 | ##+ | Utah Homes and Houses, 11509 S. Gold Dust Dr, South Jordan, UT 84095-7908 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: May 31, 2023 | Form ID: 318a | Total Noticed: 48

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Brad Weil | on behalf of Debtor Sona Chandula Patel bfweil@justbradlegal.com  brad@ecf.courtdrive.com;frontdeskweillaw@gmail.com |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com  C135@ecfcbis.com |
| Michael L Wachtell | on behalf of Creditor Courtesy NEF mwachtell@buchalter.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sona Chandula Patel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8499<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 6:22-bk-13990-WJ | |

## Order of Discharge – Chapter 7                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sona Chandula Patel

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/31/23

**Dated:** 5/31/23                                                        **By the court:** Wayne E. Johnson
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

23/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc                Order of Chapter 7 Discharge                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**